EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | [X] FEPA<br>[X] EEOC | |

| Missouri Commission On Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Mr. Mark Rodrigues** | **(707) 753-1094** | **09/14/1972** |

| Street Address | City, State and ZIP Code | County |
|---|---|---|
| **7605 North Lenox Ave., Kansas City, MO 64151** | | **Platte** |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **HIREVUE, Inc.** | **15+** | **(801) 316-2910** |

| Street Address | City, State and ZIP Code |
|---|---|
| **10876 S. River Front Pkwy, Ste. 500, South Jordan, UT 84095** | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN

[ ] RETALIATION  [X] AGE  [ ] DISABILITY  [ ] OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE

**2/2022-11/4/2024**

[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I, Mark Rodrigues, a 52-year-old man, was hired by Modern Hire in February 2022. In approximately May of 2023, Modern Hire was acquired by HireVue. After HireVue's acquisition, I began reporting to HireVue management as a Regional Sales Manager until November 4, 2024, when I was unlawfully terminated by HireVue because of my age.

As a remedy, I desire an end to the discrimination, damages for lost wages, emotional destress, and anything else the Commission deems just and proper.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| x 12/27/24    x _Mark Rodrigues_<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)<br>12/27/2024 |

TASHA QUICK
Notary Public, Notary Seal
State of Missouri
Clay County
Commission # 12436619
My Commission Expires 05-20-2028

**EXHIBIT A**