EEOC Form 5 (5/01)

# AMENDED CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| [X] FEPA | |
| [X] EEOC | |

**Missouri Commission On Human Rights** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Mr. Mark Rodrigues** | **(707) 753-1094** | **09/14/1972** |

| Street Address | City, State and ZIP Code | County |
|---|---|---|
| **7605 North Lenox Ave., Kansas City, MO 64151** | | **Platte** |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **HIREVUE, Inc.** | **15+** | **(801) 316-2910** |

| Street Address | City, State and ZIP Code |
|---|---|
| **10876 S. River Front Pkwy, Ste. 500, South Jordan, UT 84095** | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| [X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [X] NATIONAL ORIGIN | **2/2022-11/4/2024** |
| [ ] RETALIATION  [X] AGE  [ ] DISABILITY  [ ] OTHER *(Specify below.)* | [X] CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I, Mark Rodrigues, am a Hispanic 52-year-old man. I was hired by Modern Hire in February 2022. In approximately May of 2023, Modern Hire was acquired by HireVue. After HireVue's acquisition, I began reporting to HireVue management as a Regional Sales Manager.

During my employment, I was the oldest Regional Sales Manager and only Hispanic person on the US Sales Team. I was frequently talked down to by management and subject to different standards and higher scrutiny than my younger white counterparts. Younger white salespeople were often provided more opportunities by management that I was not provided. I was excluded from sales meetings with the all-white management team even when it concerned my own sales. I was recommended for a promotion by two colleagues, but management declined to promote me in favor of a younger, lesser experienced, white individual. Regardless, I maintained my status as a top performer until November 4, 2024, when I was unlawfully terminated because of my race and age.

As a remedy, I desire an end to the discrimination, damages for lost wages, emotional distress, and anything else the Commission deems just and proper.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| x 5/1/25  x *Mark Rodrigues* | *Mark Rodrigues* |
| Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* 05-01-2025 |

GRANT JOSEPH SMITH
Notary Public - Notary Seal
Platte County - State of Missouri
Commission Number 24132625
My Commission Expires Mar 12, 2028

**EXHIBIT B**