

**MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS**
# MISSOURI COMMISSION ON HUMAN RIGHTS

| MIKE KEHOE | ANNA S. HUI | AL LI | ALISA WARREN, PH.D. |
|---|---|---|---|
| GOVERNOR | DEPARTMENT DIRECTOR | COMMISSION CHAIR | EXECUTIVE DIRECTOR |

July 8, 2025

Mark Rodrigues
7605 N. Lenox Avenue
Kansas City, MO 64151
Via email: mrod8888@gmail.com Kevin.Case@caselinden.com

### NOTICE OF RIGHT TO SUE

RE:  Rodrigues v. Hirevue, Inc., E-12/24-56613; 28E-2025-00219

The Missouri Commission on Human Rights (MCHR) is terminating its proceedings and issuing this notice of your right to sue under the Missouri Human Rights Act because you have requested a notice of your right to sue.

This letter indicates your right to bring a civil action within 90 days of the date of this notice against the respondent(s) named in the complaint. Such an action may be brought in any circuit court in any county in which the unlawful discriminatory practice is alleged to have occurred, but it must be brought no later than two years after the alleged cause occurred or its reasonable discovery. Upon issuance of this notice, the MCHR is terminating all proceedings relating to the complaint. No person may file or reinstate a complaint with the MCHR after the issuance of a notice of right to sue relating to the same practice or act. You are hereby notified of your right to sue the Respondent(s) named in your compliant in state circuit court. **THIS MUST BE DONE WITHIN 90 DAYS OF THE DATE OF THIS NOTICE OR YOUR RIGHT TO SUE IS LOST.**

You are also notified that the Executive Director is hereby administratively closing this case and terminating all MCHR proceedings relating to it.  This notice of right to sue has no effect on the suit-filing period of any federal claims. This notice of right to sue is being issued as required by Section 213.111.1, RSMo, because it has been over 180 days after the filing of the complaint and MCHR has not completed its administrative processing.

Respectfully,

Alisa Warren, Ph.D.
Executive Director

CC:  Additional Contacts Listed on Next Page

*The Missouri Commission on Human Rights is an equal opportunity employer/program.*
*Auxiliary aides and services are available upon request to individuals with disabilities.*

TDD/TTY: 1-800-735-2966  •  Relay Missouri: 711  •  www.labor.mo.gov/discrimination  •  Email: mchr@labor.mo.gov

RE: Rodrigues v. Hirevue, Inc., E-12/24-56613; 28E-2025-00219

Hirevue, Inc.
Naziol S. Nazarinia Scott, General Counsel
10876 S. River Front Pkwy, Suite 500
South Jordan, UT 84095
Via email: nscott@hirevue.com

Sean Oliveira
Attorney, Ogletree Deakins
7700 Bonhomme Avenue
Suite 650
Saint Louis, MO 63105
Via email: sean.oliveira@ogletree.com

Naziol S. Nazarinia Scott
General Counsel, Hirevue, Inc.
10876 S. River Front Parkway
Suite 500
South Jordan, UT 84095
Via email: nscott@hirevue.com

Kevin D Case
Attorney, Case Linden P.C.
2600 Grand Boulevard
Suite 300
Kansas City, MO 64108
Via email: Kevin.Case@caselinden.com, kdc-eeoc@caselinden.com

Jamie Welch
Attorney, Case Linden P.C.
2600 Grand Blvd, Suite 300
Kansas City, MO 64108
Via email: jamie.welch@caselinden.com